IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| NAGIN KORMI, | ) | |
|           Plaintiff, | ) | |
|    v. | ) | No.   16-CV-09415 |
| | ) | |
| ANTOINETTE CHOATE and DAVID L. LEE, individually and in his capacity of the proprietor of the LAW OFFICES OF DAVID L. LEE, | ) ) ) ) | Jury Demanded |
|           Defendants. | ) | |

**DEFENDANT CHOATE'S MOTION FOR PARTIAL SUMMARY JUDGMENT**

NOW COMES Defendant ANTOINETTE CHOATE, by counsel, and respectfully moves this Honorable Court for partial summary judgment in her favor, and against Plaintiff, NAGIN KORMI, pursuant to Federal Rule of Civil Procedure 56. In support thereof, Defendant Choate states as follows:

1. Defendants DAVID L. LEE and the LAW OFFICES OF DAVID L. LEE (hereinafter, collectively "Lee") have moved for summary judgment on Count II of Plaintiff's Amended Complaint, supported by a Statement of Material Facts and a Memorandum of Law, each of which are adopted and joined by Defendant Choate herein by reference.

2. Defendants were Plaintiff's second attorney in underlying litigation against her former employer, and began their representation of her subsequent to the completion of substantial discovery, mediation, and settlement negotiations. Shortly after Defendants' retention, additional discovery efforts and settlement negotiations were undertaken, culminating in the underlying settlement now at issue in Count II of Plaintiff's Amended Complaint.

3. As no additional discovery relative to the underlying case has occurred in this legal malpractice case, the *status quo* applicable to the merits of Plaintiff's underlying case remain the same.

4. Lee's Motion for Partial Summary Judgment, directed against Count II of Plaintiff's Amended Complaint, is the equivalent of a motion for summary judgment directed against Plaintiff's underlying case against her former employer. Because Plaintiff cannot prove that she would have been successful in that underlying case but for the settlement obtained by Defendants, proximate cause is lacking in this legal malpractice case. Accordingly, Defendant Choate is entitled to summary judgment as a matter of law on Count II of Plaintiff's Amended Complaint.

WHEREFORE, Defendant ANTOINETTE CHOATE respectfully requests that this Honorable Court enter an Order granting partial summary judgment in her favor, and against Plaintiff, on Count II of Plaintiff's Amended Complaint pursuant to Federal Rule of Civil Procedure 56, and for any further relief, which this Court deems necessary and appropriate.

Respectfully submitted,

/s/ Michael J. Corsi
Attorney for Defendant Choate

Daniel F. Konicek, #6205408
Michael J. Corsi #6289269
KONICEK & DILLON P.C.
21 W. State St.
Geneva, IL 60134
630-262-9655