**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| NAGIN KORMI, | ) | |
| | ) | |
| Plaintiff. | ) | |
| | ) | 16-cv-09415 |
| v. | ) | |
| | ) | Judge Andrea R. Wood |
| ANTOINETTE CHOATE and | ) | |
| DAVID L. LEE. | ) | Magistrate Judge Sidney I. Schenkier |
| | ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO**
**FILE OPPOSITION TO DEFENDANTS' MOTION TO STRIKE *INSTANTER***

Plaintiff, by her undersigned attorneys, respectfully moves this Court for leave her Memorandum in Opposition to Defendants' Motion to Strike Instanter. In further support of such motion, plaintiff states as follows

1.    By Order of March 6, 2019, Plaintiff was to file the opposition memorandum by March 13, 2019.

2.    Logistical difficulties delayed the filing the Opposition Memorandum and exhibits thereto until approximately 10 hours after such memorandum was due.

3.    On March 13, 2019, the undersigned advised defendants' counsel that the opposition memorandum would be filed promptly the following morning.

4.    Counsel for Defendant David Lee indicated that if the memorandum were filed on the morning of March 14, 2019, he would have no objection to the instant motion for leave to file the memorandum instanter.

5.    The Court's March 6, 2019 Order provided that no reply should be filed in connection with the motion to strike.

6.      Plaintiff's Opposition Memorandum shall be filed under seal as an exhibit to the instant motion.

7.      The instant motion is made out of necessity and not for the purposes of delay.

8.      Good cause exists for the entry of the relief sought herein.

WHEREFORE Plaintiff respectfully urges this Court to grant the relief sought herein.

Respectfully submitted,

By:      _____*/s/ Alan J. Mandel*_____
                  One of Plaintiff's attorneys


Alan J. Mandel (alan@mandelaw.net)
ALAN J. MANDEL, LTD.
7520 Skokie Boulevard
Skokie, IL 60077
847-329-8450

Philip Stahl (phil@mandelaw.net)
 P Stahl LLC
120 North LaSalle Street
Suite 2800
Chicago, IL 60602
312-659-7406

pct

# **CERTIFICATE OF SERVICE**

Alan J. Mandel, an attorney, hereby certifies that he caused to be served a true and correct copy of the foregoing Plaintiff's Motion For Leave To File Opposition To Defendants' Motion To Strike Instanter upon.

| Counsel for Defendant, Antoinette Choate | Counsel for Defendant, David L. Lee |
|---|---|
| Daniel Francis Konicek | David Sorenson |
| Michael Corsi | Bryan J. Kirsch |
| KONICEK & DILLON | THE LAW OFFICE OF EDWARD J. KOZEL |
| 70 West Madison Street, Suite 2060 | 333 South Wabash Street, 25th Floor |
| Chicago, Illinois 60602 | Chicago, Illinois 60604 |
| (312) 239-0283 | (312) 882-6789 |
| *dan@konicekdillonlaw.com* | *david.sorensen@cna.com* |
| *mcorsi@konicekdillonlaw.com* | *bryan.kirsch@cna.com* |

pursuant to the District Court's ECF system on March 14, 2019.

/s/ *Alan J. Mandel*